UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| TOMMY NEAL ADAMS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| v. | ) | No. 6:26-CV-32-REW |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | JUDGMENT |
| SECURITY, | ) | |
| | ) | |
|    Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion & Order entered on this day, and pursuant to Federal Rule of Civil Procedure 58, the Court:

1. **DENIES** Adams's appeal (DE 1) and the inapt motion for summary judgment (DE 13);

2. **AFFIRMS** the Agency's decision under sentence four of 42 U.S.C. § 405(g); and

3. **DIRECTS** the Clerk to strike this matter from the Court's active docket.

This the 23rd day of July, 2026.

**Signed By:**

*Robert E. Wier*  RＥＷ

**United States District Judge**